IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AGATHA HARRIS, #109 395,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | 2:07cv102-ID |
| ) | (WO) |
| PRISON HEALTH SERVICES, INC.,   ) | |
| *et al*.,   ) | |
| ) | |
| Defendants.   ) | |

**<u>ORDER</u>**

The Magistrate Judge filed a Recommendation (Doc. # 14) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation be and the same is hereby ADOPTED, APPROVED and AFFIRMED;

2. Plaintiff's March 28, 2007 Motion to Dismiss Defendant Willie Rowell (Doc. No.11) be and the same is hereby GRANTED;

3. Defendant Willie Rowell be and he is hereby DISMISSED with prejudice as a party to this complaint; and

4. this case with respect to the remaining defendants be and the same is hereby REFERRED back to the magistrate judge for additional proceedings.

DONE this 17th day of April, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE