IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| AGATHA HARRIS, #109 395 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-102-ID |
| | | (WO) |
| PRISON HEALTH SERVICES, INC., *et al.*, | * | |
| Defendants. | * | |

_____

## ORDER

The Magistrate Judge filed a Recommendation (Doc. No. 53) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court finds that the Recommendation is due to be adopted. Accordingly, it is

CONSIDERED and ORDERED that the RECOMMENDATION (Doc. No. 53) of the Magistrate Judge be and the same is hereby ADOPTED, APPROVED and AFFIRMED and that the instant complaint is hereby DISMISSED with prejudice pursuant to the provisions of Rule 25(a) of the *Federal Rules of Civil Procedure*.

An appropriate judgment will be entered.

Done this 1st day of July, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE